UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| G. M. a Minor, TRISTA MCCOY individually, and in her capacity as Next Friend to G.M., a Minor, and RICKEY MCCOY individually, and in his capacity as Next Friend to G.M., a Minor,<br><br>       Plaintiffs,<br><br>   vs.<br><br>PETSMART, INC., RAINBOW EXOTICS, INC., and SLAM VENTURES, LTD. d/b/a The Mouse Farm,<br><br>       Defendants. | 3:13-cv-00156-RLY-WGH |

## FINAL JUDGMENT

The court having this day granted Defendants' motions for summary judgment, now enters FINAL JUDGMENT.

Judgment is entered in favor of the Defendants and against the Plaintiffs. The Plaintiffs shall take nothing by their complaint and this action is terminated.

**SO ORDERED** this 28th day of August 2015

                 _____
                 RICHARD L. YOUNG, CHIEF JUDGE
                 United States District Court
                 Southern District of Indiana

Laura Briggs, Clerk
United States District Court

s/ _Dina M. Doyle_
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record